IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EARNEST HAYES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-CV-1387-SMY-MAB |
| | ) |
| **RICHARD SWINEY, JOHN HOLTON,** | ) |
| **THOMAS HANCOCK, and** | ) |
| **CHRISTOPHER SCOTT THOMPSON,** | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Mark A. Beatty (Doc. 41), recommending the granting of Defendants' Motion for Summary Judgment on the Issue of Exhaustion of Administrative Remedies (Doc. 32). No objections have been filed to the Report. For the following reasons, Judge Beatty's Report is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Beatty thoroughly discussed and supported his conclusion that Plaintiff failed to exhaust his administrative remedies prior to filing suit. The Court finds no clear error in Judge Beatty's findings, analysis and conclusions, and adopts his Report and Recommendation in its

entirety. Accordingly, Defendants' Motion for Summary Judgment on the Issue of Exhaustion of Administrative Remedies is **GRANTED** (Doc. 32). Defendants are **DISMISSED without prejudice** and the Clerk of Court is **DIRECTED** to close this matter accordingly.

**IT IS SO ORDERED.**

**DATED: September 26, 2019**

**STACI M. YANDLE
United States District Judge**